No. 64, Misc.   DOLL *v*. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no

part in the consideration or decision of this application.